NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL S. POWELL,**
*Plaintiff-Appellee,*

v.

**THE HOME DEPOT U.S.A., INC.,**
*Defendant-Appellant.*

---

2011-1060

---

Appeal from the United States District Court for the Southern District of Florida in case no. 07-CV-80435, Judge Daniel T.K. Hurley.

---

## ON MOTION

---

## ORDER

The Home Depot U.S.A., Inc. moves to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss the appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

MAR 0 9 2012                         /s/ Jan Horbaly
Date                                 Jan Horbaly
                                     Clerk

cc:  Donald R. Dunner, Esq.
     George M. Sirilla, Esq.

s21

Issued As A Mandate:    MAR 0 9 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK